UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EMANUEL DELACRUZ, *on behalf of himself and all other persons similarly situated*,<br><br>       Plaintiff,<br><br>   -v-<br><br>SEATTLE CHOCOLATE COMPANY, L.L.C.,<br><br>       Defendant. | 21-CV-5075 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: October 22, 2021
   New York, New York

           J. PAUL OETKEN
          United States District Judge